UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:05-cr-20 |
| vs. | ) | Mag. No. 1:05-mj-221 |
| | ) | |
| WESLEY DEMPSEY | ) | EDGAR/LEE |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the defendant, WESLEY DEMPSEY, on the indictment returned by the Grand Jury was held before the undersigned on June 10, 2005.

Those present for the hearing included:

(1) AUSA Perry Piper for the USA.
(2) The defendant, WESLEY DEMPSEY.
(3) Atty. Lafonda Jones for defendant.
(4) Courtroom Deputy Cyndee Holder.
(5) Court Reporter Elizabeth Coffey,

After being sworn in due form of law the defendant was informed or reminded of his/her privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution.

The person present was the defendant named in the indictment.

The defendant acknowledged having been provided with a copy of the indictment and acknowledged having the opportunity of reviewing the indictment with counsel.

The defendant waived a formal reading of the indictment in open court. The defendant entered not guilty pleas to each count of the indictment.

Presently, the case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

            s/William B. Mitchell Carter
            UNITED STATES MAGISTRATE JUDGE